B. F. Camp and Annie S. Camp, his wife, and P. D. Camp and Ella V. Camp, his wife, Appellants, vs. Samuel V. Gaskins, Appellee.

Appeal from Circuit Court Alachua county.

*Horatio Davis*, for Appellants.

*E. C. F. Sanchez*, for Appellee.

The bill in this cause was filed by the appellee against the appellants. There was decree for the complainant, and the defendants appeal. The decree is affirmed.

Decision Per Curiam.

(Mr. Chief-Justice Taylor, being disqualified in this case, took no part in the consideration thereof.)